P. Kristofer Strojnik, (SBN 242728)
LAW OFFICES OF PETER STROJNIK
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409
Email: pstrojnik@strojniklaw.com

Attorneys for Plaintiff
THERESA BROOKE

Jamerson C. Allen (SBN 132866)
Janelle J. Sahouria (SBN 253699)
JACKSON LEWIS P.C.
50 California Street, 9th Floor
San Francisco, California 94111
Telephone: (415) 394-9400
Facsimile: (415) 394-9401
Email: jamerson.allen@jacksonlewis.com
       janelle.sahouria@jacksonlewis.com

Attorneys for Defendant,
PR RANCHO HOTEL LLC dba
DOUBLETREE SUITES BY HILTON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>PR RANCHO HOTEL LLC, a Delaware limited liability company dba DoubleTree Suites by Hilton,<br><br>Defendants. | Case No. 2:21-cv-00098-JAM-CKD<br><br>**ORDER GRANTING SECOND JOINT STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: January 19, 2021<br>Trial Date: TBD |

**TO ALL PARTIES AND THEIR ATTORNEYS OR RECORD:**

Good cause having been shown based on the Parties Stipulation, the Court issues the following Order:

That the Court extends Defendant's time to file a responsive pleading to Plaintiff's Verified Complaint until March 10, 2021.

**IT IS SO ORDERED.**

Dated:  February 25, 2021          /s/ John A. Mendez
                                   THE HONORABLE JOHN A. MENDEZ
                                   UNITED STATES DISTRICT COURT JUDGE